UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCAN AM TRANSPORT A/S,

                Plaintiff(s)

        - against -

M/V GOLDEN CLOUD, her engines, boilers, etc.,
and EVERGREEN MARINE CORPORATION,

                Defendant(s).

-----------------------------------------------------------------X

No. 07 Civ. 6062 (GEL)

      PURSUANT TO RULE 7.1 [Formerly Local General Rule 9] OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PLAINTIFF (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

ScanAm Transport (USA) Inc., Atlanta,
ScanAm Transport (USA) Inc., Chicago,
ScanAm Transport (USA) Inc., Los Angeles,
ScanAm Transport (USA) Inc., New York, and
ScanAm Projects International, Inc.

  June 26, 2007
Date

                                     Signature of Attorney
                               SAMUEL C. COLUZZI (SCC-8975)