9014/PMK
CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212) 344-7042
*Attorneys for Defendant*
EVERGREEN MARINE CORP. (TAIWAN) LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCAN AM TRANSPORT A/S,<br><br>                              Plaintiff,<br>     - against -<br><br>M/V GOLDEN CLOUD, her engines, boilers, etc.;<br>AND EVERGREEN MARINE CORP.;<br><br>                              Defendants. | 07 CV 6062 (GEL)<br><br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for EVERGREEN MARINE CORPORATION (TAIWAN) LTD. certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: New York, New York
   August 24, 2007

               CICHANOWICZ, CALLAN, KEANE,
               VENGROW & TEXTOR, LLP
               61 Broadway, Suite 3000
               New York, New York 10006
               *Attorneys for Defendant*
               EVERGREEN MARINE CORP.
               (TAIWAN) LTD.

      By:  s/ Paul M. Keane
          Paul M. Keane (PMK-5934)