LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW¹
JAMES M. TEXTOR"
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI*
PATRICK MICHAEL DeCHARLES II¹

JESSICA A. DE VIVO°
IRENE M. ZANETOS°

¹ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
"ALSO ADMITTED TO PENNSYLVANIA
*ALSO ADMITTED TO GEORGIA
¹ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0980

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

MEMO ENDORSED

November 19, 2007

BY TELEFAX TO: 212-805-0436

The Hon. Gerard E. Lynch, U.S.D.J.
The U.S. Courthouse
500 Pearl Street, New York, NY

RE: Scan AM Transport A/S v. M/V GOLDEN CLOUD
07 Civ. 6062 (GEL) (S.D.N.Y.) - Our File: 9014/PMK

Your Honor:

We are the attorneys for defendant, EVERGREEN MARINE CORP. (TAIWAN) LTD., sued herein as EVERGREEN MARINE CORPORATION.

We have conferred with opposing counsel and propose the following schedule for Evergreen's motion to dismiss:

| | |
|---|---|
| 12/07/07: | Last day for defendant to serve motion; |
| 01/08/08: | Last day for plaintiff to serve opposing papers; |
| 01/15/08: | Last day for defendant to serve reply papers. |

Respectfully,
CICHANOWICZ CALLAN KEANE
VENGROW & TEXTOR, LLP

By: _Paul M. Keane_
PAUL M. KEANE   JDM

Cc by email to:   Samuel C. Coluzzi, Esq., SColuzzi@nicolettihornig.com
Attorney for Plaintiff

SO ORDERED

_Gerard E. Lynch_
GERARD E. LYNCH, U.S.D.J.

11/19/07