UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    07 CV 6062 (GEL)

| | |
|---|---|
| SCAN AM TRANSPORT A/S,<br><br>                     Plaintiff,<br>           -vs-<br><br>M/V GOLDEN CLOUD, etc., et ano.,<br><br>                     Defendants. | DEFENDANT, EVERGREEN MARINE CORP.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLAIMS AS TIME BARRED |

       PLEASE TAKE NOTICE that the undersigned will move this Court before the Hon. Gerard E. Lynch at the Courthouse at 500 Pearl Street, New York, NY for an order:

       A.      Pursuant to F.R.Civ.P. 12(c) dismissing the claims against it as time barred under 46 U.S.C. 30701, HISTORICAL AND STATUTORY NOTES, Sec. 3(6) [formerly 46 U.S.C.App. 1303(6)] and the applicable bills of lading; and

       B.      For such other and further relief as to the Court may seem just and proper.

       Pursuant to stipulation between the parties and order of the Court, your opposing papers shall be served not later than January 8, 2008.

Dated:  New York, NY, December 6, 2007

                                                         CICHANOWICZ CALLAN KEANE
                                                         VENGROW & TEXTOR, LLP
                                                         61 Broadway 3000, New York, NY 10006
                                                         212-344-7042

                                                         By: /s/ _____Paul M. Keane_____
                                                            Paul M. Keane [PK-5934]
                                                         Attorneys for Defendant
                                                        EVERGREEN MARINE CORPORATION

TO:   Samuel Carl Coluzzi, Esq.
        NICOLETTI HORNIG & SWEENEY
        88 Pine Street, 7th Floor, New York, NY 10005
        212-220-3830
        Attorneys for Plaintiff