# Nicoletti Hornig & Sweeney     MEMO ENDORSED

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG •
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. MCGOWAN
VINCENT A. SUBA

SAMUEL C. COLUZZI †
LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON ∇
SCOTT D. CLAUSEN †
JANA SPERRY † ◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
∇ ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN NORTH CAROLINA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE  212-220-3830
TELECOPIER  212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN
OF COUNSEL

NEW JERSEY OFFICE:

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE  201-343-0970
TELECOPIER  201-343-5882

December 28, 2007

**BY HAND**
Honorable Gerard E. Lynch
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 910
New York, New York  10007



RE:  Scan AM Transport A/S v.
M/V GOLDEN CLOUD, her engines, boilers, etc.
and Evergreen Marine Corporation
Index No.   :   07 CV 6062 (GEL)
Our File No.  :   00000770 JFS/SCC

Dear Judge Lynch:

We are attorneys for plaintiff, Scan AM Transport A/S.

We are writing to request that the briefing schedule for defendant's pending motion to dismiss be revised as the parties are actively involved in settlement negotiations. Both plaintiff and defendant are located overseas and the additional time will allow the parties to attempt to resolve this matter. We respectfully request that the last day for plaintiff to serve opposing papers to the motion which is currently scheduled for January 8, 2008, be moved to January 29, 2008 and the last day for defendant to serve reply papers which is currently scheduled for January 15, 2008, be moved to February 5, 2008. No previous request for an adjournment or extension of these deadlines has been made and the defendant consents to this request.

**SO ORDERED**

*/s/ Gerard E. Lynch*

GERARD E. LYNCH, U.S.D.J.

1/2/08

We thank the Court for its time and attention to this request.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*

Samuel C. Coluzzi

SCC/rr

**CC VIA TELEFAX (212) 344-7285**

Paul M. Keane, Esq.
Attorneys for Defendant
Cichanowicz Callan Keane Vengrow & Textor
61 Broadway, Suite 3000
New York, New York  10006

X:\Public Word Files\0\770\JUDGE GERARD LYNCH.BY HAND.12.28.07.RR.doc