Lynch, J

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 220-3830
(FILE NO.: 00000770 JFS/SCC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

SCAN AM TRANSPORT A/S,

       Plaintiff,      07 Civ. 6062 (GEL)

  - against -         STIPULATION AND ORDER
                  OF DISCONTINUANCE

M/V GOLDEN CLOUD, her engines,
boilers, etc. and EVERGREEN MARINE
CORPORATION,

       Defendants.

----------------------------------------X

   The above-entitled action having been settled, it is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the action be discontinued and that all counterclaims and/or cross-claims that were, or could have been, asserted are hereby dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, without costs and without prejudice to the right, upon application made within forty-

five (45) days of the entry of this Order, to reopen the action should the settlement not be fully consummated.

Dated: New York, New York
January 22, 2008

NICOLETTI HORNIG & SWEENEY
Attorneys for Plaintiff,

By: *Sam C. Coluzzi*
SAMUEL C. COLUZZI (SCC-8975)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830
(FILE NO.: 00000770 JFS/SCC)

CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
Attorneys for Defendants,

By: *Paul M. Keane*
PAUL M. KEANE (PMK-5934)
61 Broadway, Suite 3000
New York, New York 10006
(212) 344-7042

SO ORDERED:

*[signature]*
U.S.D.J.
1/30/08

X:\Public Word Files\0\770\legal\45 Day Order.doc

- 2 -